## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**Aron Lebovits** individually
and all other similarly situated consumers,

        Plaintiff,

v.

**Nationwide Credit Inc**

        Defendant.

_____/

                   **STIPULATION OF DISMISSAL**

                   Case No. 1:17-cv-00815-FB-VMS

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.

Dated this 3rd day of January 2019.

/s/ David Palace                                              /s/ Bryce Wallace Newell
David Palace, Esq.                                          Bryce Wallace Newell, Esq.
Law Offices of David Palace                           Hinshaw & Culbertson LLP
383 Kingston Avenue, #113                            800 Third Avenue, 13th Floor
Brooklyn, NY  11213                                       New York, New York 10022
Phone: (347) 651-1077                                   Tel:(212) 471-6200
Fax: (347) 464-0012                                        Fax: (212) 935-1166
Email: davidpalaceesq@gmail.com              Email: bnewell@hinshawlaw.com

Attorney for Plaintiff                                        Attorneys for Defendant